

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Mario Manuel Henry | Case No.: 15-32935<br>~~C~~hapter: 7<br>Judge: Christine M. Gravelle |

ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, F, G, H
OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: July 27, 2017            Christine M. Gravelle
                               Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___D,E/F___ or to the List of Creditors on ___7/21/2017___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-32935-CMG
Mario Manuel Henry                                                      Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 26, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db              #+Mario Manuel Henry,    2758 Laguna Pointe Drive,    Pearland, TX 77584-7857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Andrea   Dobin    on behalf of Accountant    Sharer Petree Brotz & Snyder
               ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Bruce J. Wisotsky    on behalf of Trustee Andrea   Dobin bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com
              Carrie J. Boyle    on behalf of Debtor Mario Manuel Henry cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE
               TO WILMINGTON TRUST COMPANY SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
               LASALLE BANK, N.A. AS TRUSTEE FOR LXS 2007-1 TRUST FUN cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matteo  Percontino    on behalf of Trustee Andrea   Dobin mpercontino@nmmlaw.com, mmarks@nmmlaw.com
              Melissa A. Pena    on behalf of Trustee Andrea   Dobin mapena@nmmlaw.com,
               JSpezzacatena@nmmlaw.com;asutherland@nmmlaw.com
              Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
              Robert L. Saldutti    on behalf of Creditor    SUN NATIONAL BANK rsaldutti@salduttiollect.com,
               lmarciano@salduttiollect.com;kcollins@slgcollect.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
                                                                                               TOTAL: 14