| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>JPMorgan Chase Bank, N.A. |
| In Re:<br>    Henry, Mario Manuel |

Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  15-32935 CMG

Hearing Date:

Judge:  Christine M. Gravelle

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 19, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of JPMorgan Chase Bank, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

Land and premises commonly known as Lot , Block ,

■ Personal Property More Fully Describes as: **1GYS4BEF3BR375122 2011 Cadill Escalade,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Mario Manuel Henry  
    Debtor

Case No. 15-32935-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.  
db          #+Mario Manuel Henry,    2758 Laguna Pointe Drive,    Pearland, TX 77584-7857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2017 at the address(es) listed below:

         Andrea Dobin     on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
         Andrea Dobin     on behalf of Accountant Sharer Petree Brotz & Snyder  
          ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
         Andrea Dobin     ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
         Bruce J. Wisotsky     on behalf of Trustee Andrea Dobin bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com  
         Carrie J. Boyle     on behalf of Debtor Mario Manuel Henry cboyle@mpadlaw.com,  
          cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com  
         Charles G. Wohlrab     on behalf of Creditor     U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE  
          TO WILMINGTON TRUST COMPANY SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO  
          LASALLE BANK, N.A. AS TRUSTEE FOR LXS 2007-1 TRUST FUN cwohlrab@logs.com,  
          njbankruptcynotifications@logs.com  
         Denise E. Carlon     on behalf of Creditor     JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Matteo Percontino     on behalf of Trustee Andrea Dobin mpercontino@nmmlaw.com,  
          matteo.percontino@leclairryan.com  
         Melissa A. Pena     on behalf of Trustee Andrea Dobin mapena@nmmlaw.com,  
          JSpezzacatena@nmmlaw.com;asutherland@nmmlaw.com  
         Michael A. Artis     on behalf of U.S. Trustee     United States Trustee michael.a.artis@usdoj.gov  
         Robert L. Saldutti     on behalf of Creditor     SUN NATIONAL BANK rsaldutti@salduttticollect.com,  
          lmarciano@salduttticollect.com;kcollins@slgcollect.com  
         United States Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers     on behalf of Creditor     JPMorgan Chase Bank, National Association  
          ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Creditor     JPMorgan Chase Bank, National Association  
          ecf@powerskirn.com  
                                                                                       TOTAL: 14