UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Henry, Mario Manuel

Case No.: __15-32935-CMG__

Chapter: __7__

Judge: __Christine M. Gravelle__

---

### NOTICE OF PROPOSED ABANDONMENT

---

__Andrea Dobin,__   __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __June 11, 2019__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

  Cash on hand

  Valued at:  Less than $1,000.00

Liens on property:

  n/a

Amount of equity claimed as exempt:

  $0.00

Objections must be served on, and requests for additional information directed to:

Name:  __Andrea Dobin, Trustee__

Address:  __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-32935-CMG
Mario Manuel Henry                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: May 08, 2019
                              Form ID: pdf905          Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
```
db             #+Mario Manuel Henry,    2758 Laguna Pointe Drive,    Pearland, TX 77584-7857
cr              +SUN NATIONAL BANK,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,
                  800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034,    US 08034-1511
acc             +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
516082071        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                  MALVERN, PA 19355-0701
516955330       +Allens Oil & Propane,    849 S. White Horse Pike,    Hammonton, NJ 08037-2017
515889904       +Americas Servicing Co/Wells Fargo Home M,    1000 Blue Gentian Rd. #300,    Mac #X7801-02k,
                  Eagan, MN 55121-1786
515889905       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
515889906       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
515889907       +Armand Law Group, PLLC,    8668 Spring Mountain Rd.,    Suite 10,    Las Vegas, NV 89117-4132
515889908       +Aurora Financial Gr In,    900 N Route 73,    Marlton, NJ 08053-1230
515889909       +Aurora Loan Services,    Attn: Bankruptcy Dept.,    2617 College Park,
                  Scottsbluff, NE 69361-2294
515889911      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,    Attn: Recovery Department,    4161 Peidmont Pkwy.,
                  Greensboro, NC 27410)
515889917       +BURLINGTON CTY SPECIAL CIVIL PART,    49 Rancocas Road,    Mt Holly, NJ 08060-1317
515889912       +Bank Of America,    Correspondence FL-1-908-01-49,    Po Box 31785,    Tampa, FL 33631-3785
515889913       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
515889914       +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
515889916       +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
516955325       +Borough of Clementon,    Attn: Tax Office,    101 Gibbsboro Rd.,    Suite A,
                  Clementon, NJ 08021-4035
515889921       +Cap1/bstby,    Po Box 6497,    Sioux Falls, SD 57117-6497
515889924       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515889925       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
515923155       +Chase Finance/JP Morgan Chase,    PO Box 901076,    Fort Worth,TX 76101-2076
515889926       +Chase Manhattan Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
515889927       +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
515889928       +Citizens Bank,    Attn:Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
515889929      #+Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
516955332       +Equifax Information Services (Notice Only),    PO Box 740241,    Atlanta, GA 30374-0241
516955331       +Experian (Notice Only),    PO Box 4500,    Allen, TX 75013-1311
515889932      ++FIRST MUTUAL FINANCIAL,    6563 WILSON MILLS RD STE 105,    MAYFIELD VILLAGE OH 44143-3409
                  (address filed with court: First Mutual Financial,    6563 Wilson Mills Rd,
                  Mayfield, OH 44143)
516955333      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Credit,    Nat’l Bankruptcy Service Center,    PO Box 62180,
                  Colorado Springs, CO 80962)
515889930       +Fia Cs,    Po Box 982235,    El Paso, TX 79998-2235
515889934        Gateway Energy Service Corp,    PO Box 3721,    New York, NY 10008-3721
516955276       +Halo America,    9 Githens Lane,    Lumberton, NJ 08048-9574
515889935       +IC System,    Attn: Bankruptcy,    444 Highway 96 East, P.O. Box 64378,
                  Saint Paul, MN 55164-0378
515889936       +Ic Systems Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
515889937       +Industrial Accep Corp,    138 Orange Street,    New Haven, CT 06510-3121
515889938      ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                  RED BANK NJ 07701-6771
                  (address filed with court: JCPL,    PO Box 3687,    Akron, OH 44309-3687)
515903528       +Midland Credit Mgt. Inc.,2365 Northside Dr.,    Ste 300 San Diego, Ca. 92108-2709
515889941       +Morris , Sara Silver Attny Saul Silver,    1027 Highmont Rd.,    Pittsburgh, PA 15232-2904
515889942      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar,    350 Highland Dr,    Lewisville, TX 75067)
515889944      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                  (address filed with court: Nissn Inf Lt,    Attn: Bankruptcy,    8900 Freeport Parkway,
                  Irving, TX 75063)
515889945        NJ Natural Gas Co,    PO Box 11743,    Newark, NJ 07101-4743
516955334       +Omar Kah,    c/o Shamil McKee,    245 West Allens Lane,    Philadelphia, PA 19119-4103
515889948       +PHILADELPHIA COUNTY MUNI COURT,    1339 Chestnut Street,    Phildelphia, PA 19107-3519
515889947       +PHILADELPHIA COUNTY MUNI COURT,    1339 Chestnut Street Suite 1000,    Phildelphia, PA 19107-3506
515889946       +PHILADELPHIA County  MUNI Court,    1339 Chstnut Street Suite 1000,    Phildelphia, PA 19107-3506
515889955       +Real Time Resolutions,    5420 Lbj Freeway #1010,    Dallas, TX 75240-9601
515889957       +Robert L. Saldutti,    800 North Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
515889959       +Shamil McKee,    245 W. Allens Lane,    Phildelphia, PA 19119-4103
516955328       +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                  Trenton, NJ 08695-0245
516751578       +Sun National Bank,    c/o Saldutti Law Group,    800 N. Kings Hwy, Ste 300,
                  Cherry Hill, NJ 08034-1511
516955335       +Sun National Bank,    c/o Robert Saldutti,    800 North Kings Hwy Sutie 300,
                  Cherry Hill, NJ 08034-1511
516955336       +Transunion,    PO Box 2000,    Chester, PA 19016-2000
515889962       +Unifund Ccr Llc,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
515889963        Verizon,    Po Box 25005,    Lehigh Valley, PA 18002-5505
```

```
District/off: 0312-3            User: admin             Page 2 of 3              Date Rcvd: May 08, 2019
                                Form ID: pdf905         Total Noticed: 85


515889965      +Wells Fargo Auto Finance,    Attn: Bankruptcy 2nd Floor,    13675 Technology Dr,
                 Eden Prairie, MN 55344-2252
515889966      +Wff Auto,    Po Box 29704,    Phoenix, AZ 85038-9704
515889967      +Wffnatbank,    Bankruptcy,    4137 121st St,    Urbandale, IA 50323-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 00:22:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 00:22:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515889902      +E-mail/Text: bkr@cardworks.com May 09 2019 00:20:47      Advanta Bank Corp/cws,    Po Box 31032,
                 Tampa, FL 33631-3032
516021498       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2019 00:29:18
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
515889903      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2019 00:21:45
                 American Signature Furniture,    Wfnnb,    Po Box 182125,    Columbus, OH 43218-2125
516955324      +E-mail/Text: wwolf@goldbergwolf.com May 09 2019 00:21:57      Blue Bell Mortgage Group,
                 c/o Goldberg & Wolf, LLC,    1949 Berlin Road, Suite,   201,    Cherry Hill, NJ 08003-2077
515889918      +E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 00:18:54
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                 Denver, CO 80237-3485
515889919      +E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 00:29:46      Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
515889920      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 09 2019 00:18:43      Cap One,
                 Po Box 5253,    Carol Stream, IL 60197-5253
515889922      +E-mail/Text: bankruptcy@cavps.com May 09 2019 00:22:24      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
515954015      +E-mail/Text: bankruptcy@cavps.com May 09 2019 00:22:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516955326       E-mail/Text: bk.notifications@jpmchase.com May 09 2019 00:21:48      Chase Auto,
                 P.O. Box 901076,    Fort Worth, TX,   76101-2076
516955327      +E-mail/Text: cio.bncmail@irs.gov May 09 2019 00:21:23      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
515889939      +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2019 00:22:01      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515889940      +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2019 00:22:01      Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
515889949       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2019 00:17:43
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516062620       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2019 00:18:13
                 Portfolio Recovery Associates, LLC,    c/o Heritage Bank One,    POB 41067,    Norfolk VA 23541
515889952       E-mail/Text: collections1@primewayfcu.com May 09 2019 00:22:51      Primeway Federal Cu,
                 3303 Main,    Houston, TX 77002
515889950      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2019 00:18:13
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
515889953      +E-mail/Text: collections1@primewayfcu.com May 09 2019 00:22:51      Primeway Federal Cu,
                 Po Box 53088,    Houston, TX 77052-3088
515889956      +E-mail/Text: bkdepartment@rtresolutions.com May 09 2019 00:22:12      Real Time Resolutions,
                 1349 Empire Central Dr S,    Dallas, TX 75247-4029
516082723       E-mail/Text: bkdepartment@rtresolutions.com May 09 2019 00:22:12
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
515889960       E-mail/PDF: cbp@onemainfinancial.com May 09 2019 00:50:39      Springleaf Financial Services,
                 Attention: Bankruptcy Department,    Po Box 3251,    Evansville, IN 47731
515889958      +E-mail/Text: jennifer.chacon@spservicing.com May 09 2019 00:23:19
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
515889961      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2019 00:17:34      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516955329      +E-mail/Text: taxcollector@lumbertontwp.com May 09 2019 00:22:09      Township of Lumberton,
                 Attn: Tax Office,    35 Municipal Dr.,    Lumberton, NJ 08048-4516
515889964      +E-mail/Text: vci.bkcy@vwcredit.com May 09 2019 00:22:11      Volkswagon Credit Inc,
                 National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515903526        Comcast 4008 N Dupont Hwy, New Castle De, 1972
515903527        PSE&G PO BOX 14444, New Brunswick, NJ 08906
515889951        Primeway Fcu
515889954        Primeway Federal Cu
515889910*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982236,    El Paso, TX 79998)
515889915*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515889931*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Fia Csna,    Po Box 982235,    El Paso, TX 79998)
515889933*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Credit,    National Bankrupcy Service Center,    Po Box 62180,
                 Colorado Springs, CO 80962)
```

```
District/off: 0312-3           User: admin              Page 3 of 3            Date Rcvd: May 08, 2019
                               Form ID: pdf905          Total Noticed: 85


             ***** BYPASSED RECIPIENTS (continued) *****
515889943*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                   Lewisville, TX 75067)
516955337*      +Unifund CCR, LLC,    10625 Techwoods Circle,   Cincinnati, OH 45242-2846
516955338*       Verizon,   PO Box 25005,   Lehigh Valley, PA 18002-5505
aty            ##+Norris McLaughlin & Marcus, P.A.,   721 Route 202-206, Suite 200,    Bridgewater, NJ 08807-1784
515889923      ##+Certified Recovery Sys,    6161 Savoy Dr Ste 600,   Houston, TX 77036-3339
                                                                                            TOTALS: 4, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                     Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com
              Andrea   Dobin     on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrea   Dobin     on behalf of Accountant    Sharer Petree Brotz & Snyder ecftrusteead@msbnj.com,
               NJ55@ecfcbis.com
              Bruce J. Wisotsky     on behalf of Trustee Andrea   Dobin bwisotsky@nmmlaw.com,    mcamacho@nmmlaw.com
              Carrie J. Boyle    on behalf of Debtor Mario Manuel Henry cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE
               TO WILMINGTON TRUST COMPANY SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO
               LASALLE BANK, N.A. AS TRUSTEE FOR LXS 2007-1 TRUST FUN cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matteo   Percontino    on behalf of Trustee Andrea   Dobin matt.percontino@cohnreznick.com,
               matteo.percontino@klgates.com
              Melissa A. Pena     on behalf of Trustee Andrea   Dobin mapena@nmmlaw.com,    pfreda@nmmlaw.com
              Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
              Robert L. Saldutti    on behalf of Creditor    SUN NATIONAL BANK rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;kcollins@slgcollect.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
                                                                                                  TOTAL: 14
```